MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
STACY WIESBROCK, CSBN 257920
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5612
    Facsimile: (415) 744-0134
    E-Mail: Stacy.Wiesbrock@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SAMANTHA GLENN, | Case No. 1:19-cv-00303-SKO |
| Plaintiff, | STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record, including, but not limited to, obtaining additional expert testimony.

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 28, 2019      NEWEL LAW

By: */s/ Melissa Newel*\*
    MELISSA NEWEL
    Attorneys for Plaintiff
    [*As authorized by e-mail on August 28, 2019]

Dated: August 28, 2019      MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Stacy Wiesbrock*
    STACY WIESBROCK
    Special Assistant United States Attorney
    Attorneys for Defendant

## ORDER

Based upon the parties' above Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 12), and for good cause shown

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation.

//

//

The Clerk is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Samantha Glenn and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close the file.

IT IS SO ORDERED.

Dated: **September 2, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE